## \*\* CIVIL MINUTES \*\*

Date: 09/27/2019                     Judge: Hilton
                                                             Reporter: J. Egal

Time: 10:23 am – 10:26 am

Civil Action Number:   1:19-cv-01016

### PATEL v. FDIC et al

| Counsel for Plaintiff: | Counsel for Defendant: |
|---|---|
| Pro Se | Edward Lee Isler |
|  | Micah Ephram Ticatch |

Non-Appearance of Pro Se Plaintiff and Appearance of Counsel for Deft Icf Incorporated, LLC.

Matter on for:

[42] Defendant's MOTION to Dismiss.

Taken under Advisement and Order to follow.